IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PETITJEAN; individually,
and on behalf of himself and all others
similarly situated,

    Plaintiff,

vs.                                     CASE NO. 3:10-cv-316/RS-EMT

BP, plc; BP EXPLORATION & PRODUCTION,
INC.; BP PRODUCTS NORTH AMERICA, INC.;
BP AMERICA, INC.; ANADARKO E&P
COMPANY LP; ANADARKO PETROLEUM
CORPORATION; HALLIBURTON ENERGY
SERVICES, INC.; CAMERON INTERNTAIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; MOEX OFFSHORE 2007 LLC;
NALCO COMPANY,

    Defendants.

_____/

## ORDER

Before me are Defendants, BP Exploration & Production Inc., BP Products North America Inc., and BP America Incorporated's Unopposed Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (Doc. 3).

**It is Ordered:**

1. All activity in this case is stayed until further Order pending the Judicial Panel on Multidistrict Litigation's final determination concerning the transfer of this case.

**ORDERED** on September 2, 2010

                                          <u>/S/ Richard Smoak</u>
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**